**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

|  |  |  |
|---|---|---|
| Trudy Stusrud and Bjarne Stusrud, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Pizza Hut of America, Inc., | ) | Case No. 1:06-cv-044 |
| | ) | |
| Defendant. | ) | |

_____

On July 3, 2006, the parties filed a Stipulation as to Service of Answer wherein they agreed that the defendant would have until July 21, 2006, to respond to the complaint in the above-entitled action. The court **ADOPTS** the parties stipulation (Docket No. 4) and **ORDERS** that the defendant shall have until July 21, 2006, to file an answer or otherwise respond to the plaintiffs' complaint.

Dated this 6th day of July, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge