**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Trudy Stusrud and Bjarne Stusrud, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NPC International, Inc., | ) | |
| | ) | Case No. 1:06-cv-044 |
| Defendant. | ) | |

Before the court is the parties "Stipulation for Dismissal with Prejudice" filed on July 6, 2007. The parties have advised the court they have reached an agreement as to the resolution of this matter. The court **ADOPTS** the parties "Stipulation for Dismissal" (Docket No. 16) and **ORDERS** that the case be dismissed with prejudice and without costs to any party.

Dated this 16th day of July, 2007.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1